**JASON G. REVZIN**
Nevada Bar No. 008629
jason.revzin@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
(702) 893-3383
(702) 893-3789 Fax
***Counsel for Trans Union LLC***

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| TIMOTHY D. HANLON,<br><br>          Plaintiff,<br><br>v.<br><br>TRANS UNION LLC,<br><br>          Defendant. | Case No. 2:18-cv-01054-RFB-GWF<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

      Plaintiff Timothy D. Hanlon ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

      On June 11, 2018, Plaintiff filed his Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is July 3, 2018. Trans Union needs additional time to locate and assemble the documents relating to Plaintiff's credit file and any disputes submitted by Plaintiff. In addition, Trans Union's counsel needs additional time to review Trans Union's documents and respond to the allegations in the Complaint.

      Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including August 2, 2018. This is the first

stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint.

Dated this 27th of June, 2018

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

/s/ *Jason G. Revzin*

Jason G. Revzin
Jason.revzin@lewisbrisbois.com
Nevada Bar No. 008629
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
(702) 893-3383
(702) 893-3789
*Counsel for Trans Union LLC*

**MITCHELL D. GLINER, LAW OFFICE OF**

/s/ *Mitchell D. Gliner*

Mitchell D. Gliner
mgliner@glinerlaw.com
Nevada Bar No. 003419
3017 W. Charleston Blvd., Suite 95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 Fax
*Counsel for Plaintiff*

### ORDER

The Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or otherwise respond is so ORDERED AND ADJUDGED.

Dated this 28th day of June, 2018

*George Foley Jr.*

GEORGE W. FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

4848-3966-4748.1  2