Mitchell D. Gliner, Esq.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 Fax
mgliner@glinerlaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| TIMOTHY D. HANLON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 2:18-cv-01054-RFB-GWF |
| vs. | ) | |
| | ) | |
| TRANS UNION LLC | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to F.R.C.P. 41(a)(1)(ii) and local rule 7-1(b) it is hereby stipulated by the parties hereto that the above-entitled matter be dismissed with prejudice, each party to bear their own costs and attorney's fees.

MITCHELL D. GLINER, ESQ.

LEWIS BRISBOIS BISGAARD & SMITH LLP

MITCHELL D. GLINER, ESQ.
Nevada Bar No. 003419
3017 W. Charleston Blvd. # 95
Las Vegas, Nevada 89102
Attorney for Plaintiff

JASON G. REVZIN, ESQ.
Nevada Bar No. 008629
6385 S. Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Counsel for Defendant Trans Union LLC

**IT IS SO ORDERED this 3rd day of January, 2019.**

_____
UNITED STATES DISTRICT JUDGE